_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 13, 2018
_____

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
2520 St. Rose Pkwy, Suite 301
Henderson, Nevada 89074
Telephone: (702) 269-8570
Facsimile: (702) 837-1650
Email: jeff@jsloanelaw.com
Attorneys for Creditor/Movant
LINCOLN AUTOMOTIVE FINANCIAL SERVICES

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 13 |
| MAXINE BOONE, ) | |
| ) | BK-S-17-14408-mkn |
| ) | Trustee: Kathleen A. Leavitt |
| Debtor. ) | Date: July 11, 2018 |
| ) | Time: 1:30 p.m. |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

Creditor, LINCOLN AUTOMOTIVE FINANCIAL SERVICES's Motion For Relief From Stay having come before this court on July 11, 2018; LINCOLN AUTOMOTIVE FINANCIAL SERVICES, appearing by and through its attorney, Jeffrey G. Sloane, Esq., MAXINE BOONE ("Debtor"), having failed to appear, although duly noticed; no opposition having been filed; and, for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the automatic stay afforded the Debtor pursuant to 11 U.S.C. Section 362 is hereby terminated as to the 2012

LINCOLN MKT, VIN NO.: 2LMHJ5AT5CBL55044 so as to allow Creditor to obtain and apply the insurance proceeds to the indebtedness due Creditor by Debtor.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Farmer's Insurance Company is authorized to issue a check payable to Creditor in the sum of $19,050.07.

**IT IS FURTHER ORDER, ADJUDGED AND DECREED** that any excess proceeds, if any, after all fees and costs have been applied, will be turned over to the Chapter 13 Trustee. However, it is anticipated that there will be no surplus after application of attorney's fees and court costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the fourteen (14) day stay imposed under Bankruptcy Rule 4001(a)(3) is waived.

DATED: July 11, 2018.

SUBMITTED BY:

BY /s/ JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
2520 ST. ROSE PKWY, SUITE 301
HENDERSON, NV 89074
ATTORNEYS FOR CREDITOR
LINCOLN AUTOMOTIVE FINANCIAL SERVICES

APPROVED/DISAPPROVED:

BY DID NOT APPEAR
CHAPTER 13 TRUSTEE
KATHLEEN A. LEAVITT
201 LV BLVD., SO. #200
LAS VEGAS, NV 89101

APPROVED/DISAPPROVED:

BY DID NOT APPEAR
MICHAEL J. HARKER, ESQ.
2901 EL CAMINO AVE., #200
LAS VEGAS, NV 89102
ATTORNEYS FOR DEBTORS

**ALTERNATIVE METHOD re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing:
    Unrepresented parties appearing:
    Trustee:

\_X\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

   /s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
2520 St. Rose Pkwy, Suite 301
Henderson, Nevada 89074
Attorneys for Creditor/Movant
LINCOLN AUTOMOTIVE FINANCIAL SERVICES

# # #

3